THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Mikie M. Caldwell Appellant.
 
 
 

Appeal From York County
 G. Thomas Cooper, Jr., Circuit Court Judge

Unpublished Opinion No. 2007-UP-229
Submitted May 1, 2007  Filed May 15, 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott , all of Columbia; and Solicitor Thomas E. Pope of York, for Respondent.
 
 
 

PER CURIAM:  Mikie M. Caldwell pled guilty to distribution of crack cocaine, first offense, and distribution of crack cocaine within proximity of a school or park.  He was sentenced to three years in prison for each charge, to run concurrently.  Caldwells appellate counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved from representation, asserting there are no direct appeal issues of arguable merit.  Caldwell has not filed a pro se response with the Court.
After a review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
ANDERSON, HUFF, and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.